# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2349

_____

| | | |
|---|---|---|
| Larry Gleghorn, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Don Melton, in his individual capacity; | * | |
| Thomas Mars, in his individual | * | [UNPUBLISHED] |
| capacity; Steve Dozier, in his official | * | |
| capacity as Director of the Arkansas | * | |
| State Police Department; Jerry Davis, | * | |
| in his capacity as Chairman of the | * | |
| Arkansas State Police Commission; | * | |
| Arkansas State Police, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 1, 2008
Filed: July 9, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Larry Gleghorn appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, see Turner v. Honeywell Fed. Mfg. & Techs., LLC, 336 F.3d 716, 719-20 (8th Cir. 2003), we see no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.